HARVEY P. SACKETT (72488)

**S A C K E T T**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAMTA M. PATEL-PURI, | Case No: C09-05877 BZ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, July 14, 2010 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (4) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 10, 2010

/s/
KATHRYN WATSON
Special Assistant U.S. Attorney

Dated: June 10, 2010

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
MAMTA M. PATEL-PURI

IT IS SO ORDERED.

Dated: 10 June 10

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

2

STIPULATION AND ORDER