HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAMTA M. PATEL-PURI, ) | Case No: C-09-05877 BZ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of forty-five (45) days up through and including Friday, August 27, 2010 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

STIPULATION AND ORDER

All deadlines will be extended accordingly.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 12, 2010

/s/
KATHRYN WATSON
Special Assistant U.S. Attorney

Dated: July 12, 2010

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
MAMTA M. PATEL-PURI

IT IS SO ORDERED.

Dated: July 12, 2010

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

2

STIPULATION AND ORDER