HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMTA M. PATEL-PURI, | No.: 09-cv-05877 BZ |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | NOTICE AND ~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL |
| Defendant. | |

PLEASE TAKE NOTICE MAMTA M. PATEL-PURI, Plaintiff in the above-captioned case, hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

Dated: July 9, 2010

_____
MAMTA M. PATEL-PURI
2736 Shellgate Circle
Hayward, California 94545

Dated: July 9, 2010

/s/_____
HARVEY P. SACKETT

1

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL

1  IT IS SO ORDERED.
2
3  Dated: _____July 12, 2010_____            _____
4                                            HON. BERNARD ZIMMERMAN
                                              United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL