UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAMTA M. PATEL-PURI,

        Plaintiff(s),

   v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant(s).

No. C09-5877 BZ

**FILING ORDER**

On July 12, 2010, Plaintiff was ordered to file her Motion for Summary Judgment by **August 27, 2010.** Plaintiff has failed to do this. **IT IS HEREBY ORDERED** that Plaintiff shall file her motion by **September 30, 2010** or this matter will be dismissed for lack of prosecution and failure to comply with court orders.

Dated: September 15, 2010

                                              /s/ Bernard Zimmerman
                                      Bernard Zimmerman
                               United States Magistrate Judge

G:\BZALL\-BZCASES\PATEL-PURI V. ASTRUE\FILING ORDER.wpd

1