UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMTA M. PATEL-PURI,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　　Defendant(s). | No. C09-5877 BZ<br><br>**ORDER OF DISMISSAL** |

　　On July 12, 2010, plaintiff was ordered to file her motion for summary judgment by August 27, 2010. Plaintiff failed to do this. I issued an order warning plaintiff that her case would be dismissed for lack of prosecution if she did not file a motion for summary judgment by September 30, 2010. Instead of filing a motion for summary judgment, plaintiff submitted a short letter explaining that she could not afford an attorney and asking me to review her matter so she could receive the social security payments she needed. Instead of dismissing the case, I granted plaintiff another extension,

1

until November 15, 2010, to file a proper summary judgment motion and provided her with information about available resources.  Plaintiff has again failed to file her summary judgment motion.

**IT IS THEREFORE ORDERED** that plaintiff's case shall be **DISMISSED** for lack of prosecution.

Dated: December 6, 2010

                          Bernard Zimmerman
                 United States Magistrate Judge

G:\BZALL\-BZCASES\PATEL-PURI V. ASTRUE\ORDER OF DISMISSAL.wpd